

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       Predator Downhole Inc. and Nancy Vermeulen v. Flotek
                           Industries, Inc.

Appellate case number:   01-15-00846-CV

Trial court case number:  2013-64649

Trial court:              157th District Court of Harris County

Appellee has filed an unopposed motion to file appendix exhibits 1-15, G, I, and J under seal. Appellee notes that in accordance with the trial court's agreed protective order, the exhibits were filed in the trial court under seal because they contain confidential information.

The record contains no indication that the trial court followed the procedural requirements outlined in rule 76a. *See* TEX. R. CIV. P. 76a. Therefore, to permit full consideration of the competing public policy interests implicit in the procedural requirements of Texas Rule of Civil Procedure 76a, we temporarily abate this appeal and remand the case to the trial court so that it may comply with the procedural requirements of rule 76a. *See id*.

The trial court clerk is ordered to file a supplemental clerk's record containing the trial court's findings on whether the procedural requirements of rule 76a have been complied with and any order within 45 days of the date of this order.

We will temporarily seal the exhibits listed above, pending an order from the district court and a motion to reinstate in this Court.

It is so ORDERED.


Judge's signature: /s/ <u>Sherry Radack</u>
                              ☒  Acting individually


Date:  February 4, 2016